1  GARRISON H. DAVIDSON, Bar No. 157426
   gdavidson@deconsel.com
2  DeCARLO & SHANLEY
   A Professional Corporation
3  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
4  Telephone: 213/488-4100
   Telecopier: 213/488-4180
5
6  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
7  FOR THE CARPENTERS SOUTHWEST TRUSTS

NOTE CHANGES MADE BY THE COURT.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>BUXTON DRYWALL, INC., an Arizona corporation; CREATIVE DRYWALL & FINISHES, INC., an Arizona corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. CV 12-8690 RGK(CSx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Before the Honorable<br>R. Gary Klausner<br><br>DATE: April 1, 2013<br>TIME: 9:00 a.m.<br>CTRM: 850 |

This case came for hearing on April 1, 2013 before the Honorable R. Gary Klausner, United States District Court Judge.

It appearing that defendant, BUXTON DRYWALL, INC., an Arizona corporation, having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of

NOTE CHANGES MADE BY THE COURT.

1  the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and
2  BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to
3  the Court and after having considered the papers and arguments submitted in
4  support thereof, and good cause appearing therefore,
5      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
6  CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and
7  BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS
8  have judgment against BUXTON DRYWALL, INC., an Arizona corporation\:

| # | Item | Amount |
|---|---|---|
| 1. | Unpaid contributions | $33,522.67 |
| 2 | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date | 1,557.45 |
| 3. | Audit Fees | 463.72 |
| 4. | Interest from due date to April 1, 2013 (accruing at $6.43 per day) | 6,495.27 |
| 5. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 8,052.72 |
| 6. | Attorneys' fees pursuant to Local Rule 55-3 | $ 3,603.67 ~~2,732.63~~ |
| | GRAND TOTAL | $ 53,695.50 ~~$52,824.46~~ |

7.  Plus costs to be determined after entry of judgment.

8.  Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the ~~rate of ____ % per annum~~ *applicable interest rate.*

DATED: APR 1 6 2013

*[signature]*
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO & SHANLEY
A Professional Corporation

By *[signature]*
GARRISON H. DAVIDSON
Attorney for Plaintiffs

2